FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 22 2014 ★
LONG ISLAND OFFICE

RECEIVED
JAN 2 2 2014
EDNY PRO SE OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------X   Case No.:2:13-cv-04879-SJF-AKT

Jarrett R. Jenkins,

          Plaintiff,

    -against-

First Fin. Inv. Fund VI, LLC          **TRIAL BY JURY DEMANDED**
First Financial Investment Fund Holdings, LLC

          Defendant(s),

----------------------------------------X

## MOTION TO AMEND COMPLAINT

Comes now the Plaintiff Jarrett R. Jenkins respectfully submits and request the permission of this honorable court to amend his complaint based on Rule 15(a) of the Federal Rules of Civil Procedure as follows:

1. It has come to the Plaintiff's attention that the Plaintiff's complaint is deficient in its allegations against the Defendants(s) in regards to certain violations of the FCRA throughout the Complaint and therefore the FCRA violations will be dismissed without prejudice at this time.

2. Due to recently discovered evidence additional charges will be added to the Complaint under The Telephone Consumer Protection Act 47 USC §227 that was never asserted in the original complaint.

4. Plaintiff has attached the amended complaint and moves the court to accept as corrected and amended.

                          Respectfully Submitted,

January 22, 2014

                          Jarrett R. Jenkins, Plaintiff

334 Locust Street, Apt-1
West Hempstead, NY 11552-3044
516-841-3132
jrobertjenkins@gmail.com