# ZELDES, NEEDLE & COOPER

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
1000 LAFAYETTE BLVD.
POST OFFICE BOX 1740
BRIDGEPORT, CONNECTICUT 06601-1740

TELEPHONE (203) 333-9441
FAX (203) 333-1489

JACOB D. ZELDES
(1929-2013)

Jonathan D. Elliot, Esquire
Direct Dial: (203) 332-5727
E-Mail: jelliot@znclaw.com

May 21, 2014

Hon. A. Kathleen Tomlinson
U.S. District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: <u>Jarrett R. Jenkins v. First Financial Investment Fund Holdings, LLC et al</u>
U.S. District Court, Eastern District of New York
No. 2:13-cv-04879-SJF-AKT

Dear Magistrate Judge Tomlinson:

I represent the Defendant in the above matter. I write, with the consent of the Plaintiff, to report that the parties have reached an agreement to settle the above matter. We are currently preparing the appropriate settlement papers.

Accordingly, the parties jointly request the indefinite postponement of the upcoming conference currently scheduled for June 3, 2014.

We anticipate being able to file a stipulation for dismissal within the next 30 days.

Respectfully,

Jonathan D. Elliot

JDE/cmg

cc: Jarrett R. Jenkins