UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------X
Jarrett R. Jenkins,

               Plaintiff,

-against-

First Fin. Inv. Fund VI, LLC First Financial
Investment Fund Holdings, LLC

               Defendant(s),
---------------------------------------------------X

Case No.: 2:13-cv-04879-SJF-AKT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 19 2014 ★
LONG ISLAND OFFICE

## JOINT STIPULATION OF DISMISSAL

Comes now Plaintiff Jarrett R. Jenkins and Defendants First Fin. Inv. Fund VI, LLC and First Financial Investment Fund Holdings, LLC stipulate and state that any and all claims or causes of action asserted against Defendants First Fin. Inv. Fund VI, LLC and First Financial Investment Fund Holdings, LLC by Plaintiff be dismissed with prejudice, and that an Order be entered stating so.

6/6/14
Date

_____
Attorney for Defendant
First Fin. Inv. Fund VI, LLC and
First Financial Investment Fund Holdings, LLC

Jonathan D. Elliot
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard, Suite 500
Bridgeport, CT 06604
Tel: 203-333-9441
Fax: 203-333-1489
Email: jelliot@znclaw.com

19 Jun 14
Date

_____
Jarrett R. Jenkins, Plaintiff
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3044

RECEIVED

JUN 19 2014

EDNY PRO SE OFFICE