UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JARRETT R. JENKINS,

            Plaintiff,

vs.

MIDLAND FUNDING, LLC and
MIDLAND CREDIT MANAGEMENT,
INC.,

            Defendants.

CASE NO.: 2:13-cv-05236-SJF-AKT

**STIPULATION OF DISMISSAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 18 2014 ★
LONG ISLAND OFFICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned Plaintiff and the attorneys for the Defendants to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is dismissed with prejudice as to the Defendants without costs to either of the parties as against the other. This stipulation may be filed without further notice with the Court.

RECEIVED
JUN 18 2014
EDNY PRO SE OFFICE

Dated: New York, New York
        June 18, 2014

By: _Jarrett R. Jenkins_
Jarrett R. Jenkins
334 Locust Street, Apt. 1
West Hempstead, NY 11552-3132
Phone (516) 841-3044
E-mail: jrobertjenkins@gmail.com

By: _Andrew M. Schwartz_
Andrew M. Schwartz
Richard David Lane, Jr.
Attorney for the Defendant
Wall Street Plaza
88 Pine Street, 21st Floor
New York, New York 10005
Office: (212) 376-6400
Facsimile: (718) 376-6490
E-mail: rdlane@mdwcg.com